## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTAPHER A. BONNER, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES WARREN,** *et al.*,<br><br>Defendants. | Case No. 22–cv–06130–ESK–AMD<br><br><br>**OPINION AND ORDER** |

    Plaintiff Christapher A. Bonner, Sr. submitted a complaint pursuant to 42 U.S.C. § 1983 on October 17, 2022 (Complaint). (ECF No. 1.) On January 30, 2025, I appointed Professor David Michael White, Esq. to represent plaintiff pursuant to 28 U.S.C. § 1915. (ECF No. 8.) Mail sent to plaintiff at his listed address was returned to the Clerk's Office as undeliverable on February 18, 2025. (ECF No. 10.)

    Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept the Court informed of his current address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

    I will administratively terminate the Complaint due to plaintiff's failure to keep the Clerk's Office informed of his current address. I will also relieve Professor White as counsel.[1]

    **IT IS** on this **28th** day of **February 2025 ORDERED** that:

    1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

---

[1] I thank Professor White for his willingness to accept the appointment.

2

  2. Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

  3. Professor David Michael White, Esq. is relieved as counsel.

  4. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**
